IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYALE PIGMENTS & CHEMICALS LLC,<br><br>        Plaintiff,<br><br>  vs.<br><br>BOMANITE CORPORATION, et al.<br><br>        Defendants.<br>_____ / | CASE NO. CV F 09-0413 LJO DLB<br><br>**ORDER FOR TEMPORARY RESTRAINING ORDER** |

TO DEFENDANTS BOMANITE CORPORATION AND RUSS INGERSOLL:

    YOU AND EACH OF YOU ARE HEREBY ORDERED TO SHOW CAUSE at 8:30 a.m. on March 26, 2009, or as soon thereafter as counsel may be heard in Department 4 of the above entitled Court, located at 2500 Tulare Street, Fresno, CA 93721 before the Honorable Lawrence J. O'Neill, why you, your officers agents, servants, employees and attorneys and those in active concert or participation with you or them, should not be restrained and enjoined pending trial of this action from: transferring any interest by sale, pledge, or grant of security interest, or otherwise disposing of, or encumbering, industrial chemicals supplied by plaintiff, composed of pigments of red, black and yellow iron oxide and also green chromo oxid, referred to by the parties as "the Royale Inventory."

PENDING HEARING on the above Order to Show Cause, you, your officers, employees, agents, servants, and representatives, and all other persons in active concert or participation with it, ARE HEREBY RESTRAINED AND ENJOINED from:

1. transferring any interest by sale, pledge, or grant of security interest, or otherwise disposing of, or encumbering, the Royale Inventory.
2. concealing or otherwise removing the Royale Inventory in such a manner as to make it less available to seizure by the levying officer.

The above Temporary Restraining Order is effective on Plaintiff's filing an undertaking pursuant to Code Civ. Proc. § 515.010 in the sum of $100,000 from an admitted surety insurer no later than five court days after the issuance of this Order. This Order to Show Cause and supporting papers must be served on Defendants no later than Monday, March 9, 2009, and proof of service shall be filed no later than the next court day. Any response or opposition to this Order to Show Cause must be filed and personally served on Plaintiff's counsel no later than two court days before the date set for hearing, and proof of service shall be filed no later than 1 court days before the hearing. As soon as defendants file their opposition, the Court intends to review IMMEDIATELY the opposition and may advance the hearing date as a result of that review.

.

IT IS SO ORDERED.

Dated: **March 6, 2009**           /s/ Lawrence J. O'Neill
                        UNITED STATES DISTRICT JUDGE