# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYALE PIGMENTS & CHEMICALS LLC,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BOMANITE CORPORATION, et al.<br><br>　　　　　　　Defendants.<br>_____ / | CASE NO. CV F 09-0413 LJO DLB<br><br>**ORDER GRANTING *EX PARTE* MOTION TO INTERVENE AND SETTING DATES ON THE MOTION TO DISSOLVE THE TRO** |

The Court has received and reviewed the *ex parte* application to intervene and the *ex parte* application to dissolve the temporary restraining order.

The Court orders as follows:

(1) The *ex parte* Motion to Intervene is GRANTED without hearing.

(2) The *ex parte* application is construed as an application to shorten time. The Court GRANTS the application to shorten time to hear the Motion to Dissolve the Temporary Restraining Order. The Hearing is set for March 26, 2009 at 8:30 a.m. in Department 4 of this Court.

(3) Any opposition to the Motion to Dissolve the Temporary Restraining Order shall be filed by noon on Wednesday, March 25, 2009.

(4) Any reply to the Motion to Dissolve shall be by oral argument.

IT IS SO ORDERED.

**Dated:　March 23, 2009**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1