# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYALE PIGMENTS & CHEMICALS, LLC, | CASE NO. CV F 09-0413 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 32.) |
| BOMANITE CORPORATION, et al., | |
| Defendants. | |
| AND INTERVENTION ACTION. | |

Based on plaintiff and defendant-in-intervention's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court:

1. DISMISSES remaining, non-dismissed claims with prejudice;
2. VACATES all pending matters, including the June 9, 2009 scheduling conference; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   May 26, 2009**          /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE

1